# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### CORRECTED JUDGMENT RENDERED
### APRIL 9, 2015

### NO. 03-13-00336-CV

**R.D. Tips, Inc., Appellant**

**v.**

**Virginia Jett, Appellee**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on February 11, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. R.D. Tips, Inc. shall pay all costs relating to this appeal, both in this Court and the court below. It is further ordered that Virginia Jett recover from the supersedeas bond filed by R.D. Tips, Inc. and its surety, SureTec Insurance Company, the amount of the judgment rendered above, including all costs and interest accrued during the pendency of the appeal, as determined by the court below, up to but not in excess of the supersedeas amount of $3,788,745.47, after payment of which the surety is released from further liability.